**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6666

JERRY F. WILLIAMS,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director, Virginia De-
partment of Corrections; ATTORNEY GENERAL OF
VIRGINIA,

Respondents - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-98-152)

Submitted:  September 22, 1998      Decided:  November 19, 1998

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerry F. Williams, Appellant Pro Se.  Eugene Paul Murphy, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Williams v. Angelone</u>, No. CA-98-152) (W.D. Va. Apr. 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>